# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLAUDETTE BORDERS,<br>RANDY HAMMOND,<br>JESSE STOLDORF, and<br>RAYMOND TOTH,<br><br>Defendant, | No.:   18-cr-30033 |

## MOTION TO WITHDRAW

The undersigned Criminal Justice Act appointed counsel, J. Randall Cox, herewith requests to withdraw as counsel for the Defendant, RANDY HAMMOND. In support of this Motion, the undersigned counsel states as follows:

1. I was appointed counsel on behalf of Defendant, RANDY HAMMOND.

2. I am leaving private practice as of January 31, 2021, and

**1** of **3**

Feldman Wasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544.3403

transitioning to a position where I will be unable to practice law.

3.  Due to COVID issues, this Motion was not filed sooner.

WHEREFORE, the undersigned Criminal Justice Act counsel respectfully moves to withdraw in this case.

          RANDY HAMMOND, Defendant

By:  /s/ J. Randall Cox
      J. Randall Cox, #6206731
      FELDMANWASSER
      1307 South Seventh Street
      P.O. Box 2418
      Springfield, IL 62705
      (217)544-3403
      rcox@feldman-wasser.com

**2** of **3**

Feldman Wasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544.3403

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Matthew Z. Weir        matthew.weir@usdoj.gov

And a copy was mailed to:

> Randy M. Hammond
> c/o Mason County Jail
> 102 West Market Street
> Havana, IL    62644

        By: /s/J. Randall Cox
        J. Randall Cox
        FELDMANWASSER
        1307 South Seventh Street
        Springfield, IL 62703
        (217)544-3403
        rcox@feldman-wasser.com

**3** of **3**

Feldman Wasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544.3403